FILED

2003 OCT 16 P 12: 42

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD GILLIS,                         :   CIVIL ACTION NO.
    Plaintiff,                          :   3:03CV0178 (JCH)
                                        :
V.                                      :
                                        :
ZAMPELL REFRACTORIES, INC.              :
    Defendant.                          :   OCTOBER 9, 2003

### JOINT MOTION FOR REFERRAL TO MAGISTRATE JUDGE FOR SETTLEMENT CONFERENCE AND FOR EXTENSION OF TIME

The plaintiff, Richard Gillis, and the defendant, Zampell Refractories, Inc., respectfully request a referral to a magistrate judge for purposes of a settlement conference in the above-referenced matter. Both parties have considered the desirability of attempting to settle the case to avoid further expense associated with continued litigation and, with the Court's permission, wish to attend a settlement conference before a magistrate judge.

In light of the parties' interest in the possibility of settlement, both parties wish to avoid any unnecessary costs. Accordingly, the parties seek an extension of the current dispositive motion deadline of October 30, 2003. Specifically, the parties request an extension of the dispositive motion deadline up to and including thirty (30) days following a settlement conference before a magistrate judge. This is the parties' first request for an extension of this deadline.

[Handwritten notations in margins: "Motion Granted.", "Conference set for 11/20/03 at 2 p.m.", "So Ordered", signature]