UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RICHARD GILLIS
    Plaintiff

v.

ZAMPELL REFRACTORS, INC.
    Defendant

: CIVIL ACTION NO.
: 3-03-cv-178 (JCH)
:
: OCTOBER 29, 2003

## REFERRAL TO MAGISTRATE JUDGE

This case is referred to Magistrate Judge Holly B. Fitzsimmons for the following purpose:

_____ All purposes except trial, unless the parties consent to trial before the magistrate judge (orefcs.)

_____ A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

_____ To supervise discovery and resolve discovery disputes (orefmisc./dscv)

_____ A ruling on the following motions which are currently pending (orefm.):

__✓__ A settlement conference (orefmisc./cnf)

SO ORDERED.

Dated at Bridgeport, Connecticut this 29th day of October, 2003.

                        Janet C. Hall
                        United States District Judge