UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

Gillis

V.                                    Case Number: 3:03cv178JCH

Zampell

NOTICE TO COUNSEL
--------------------

The above-entitled case was reported to the Court on <u>December 19, 2003</u> to be settled. Under Local Rule 41(b), a matter reported settled is to be dismissed if closing papers are not filed within thirty (30) days thereafter.

Accordingly, an order of dismissal will be entered on February 19, 2004 unless closing papers are filed on or before that date, or unless counsel reports prior to that date that the case is not in fact settled.

Dated at Bridgeport, Connecticut, December 19, 2003.

                KEVIN F. ROWE, CLERK

                By: _____
                      Catherine Boroskey
                      Deputy Clerk