UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| RICHARD GILLIS, | : | CIVIL ACTION NO. |
|     Plaintiff, | : | 3:03CV0178 (JCH) |
| | : | |
| V. | : | |
| | : | |
| ZAMPELL REFRACTORIES, INC. | : | |
|     Defendant. | : | FEBRUARY 18, 2004 |

### STIPULATION OF DISMISSAL

The parties hereby stipulate and agree that the above captioned matter should be dismissed, with prejudice, and without costs or attorneys' fees to any party.

RESPECTFULLY SUBMITTED

_____
Lorenzo J. Cicchiello
Attorney for Plaintiff, Audrin Desardouin
Fed. Bar# ct09277
Cicchiello & Cicchiello
582 West Main Street
Norwich, CT 06360
860.886.9300

Eric Sussman
Attorney for Defendant, Zampell Refractories, Inc.
Fed. Bar # ct19723
Day, Berry & Howard
185 Asylum Street
Hartford, CT 06103-3499
860-.275.0100