UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| RICHARD GILLIS, <br>     Plaintiff, | CIVIL ACTION NO. <br> 3:03CV0178 (JCH) |
| V. | |
| ZAMPELL REFRACTORIES, INC. <br>     Defendant. | FEBRUARY 18, 2004 |

### STIPULATION OF DISMISSAL

The parties hereby stipulate and agree that the above captioned matter should be dismissed, with prejudice, and without costs or attorneys' fees to any party.

RESPECTFULLY SUBMITTED

_____
Lorenzo J. Cicchiello
Attorney for Plaintiff, Audrin Desardouin
Fed. Bar# ct09277
Cicchiello & Cicchiello
582 West Main Street
Norwich, CT 06360
860.886.9300

_____
Eric Sussman
Attorney for Defendant, Zampell Refractories, Inc.
Fed. Bar # ct19723
Day, Berry & Howard
185 Asylum Street
Hartford, CT 06103-3499
860-.275.0100

LAW OFFICES OF
CICCHIELLO & CICCHIELLO LLC
582 WEST MAIN STREET · NORWICH, CONNECTICUT 06360 · (860) 886-9300